IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI]

TERRY G. WATSON, )
PLAINTIFF, )
)
)
)
VS. ) CAUSE NO. 2:16-CV-71-HEA
)
)
KAREY L. WITTY, ET.AL., )
DEFENDANTS, )
)

## PLAINTIFF'S MOTION MOVING THE COURT TO ACCEPT
## RECENT DESCRIMINATORY ACTS BY CHRIS SWEETEN AND WILL JONES

NOW COMES, Terry G. Watson, pro-se, Plaintiff in the above-entitled action, moving the Court to accept his declaration in support of any movement by the Defendnats in summary judgment. It is prima facia evidence of the lack of process required to provide services to the disabled as required by DOJ's 28 CFR 35.152, and meets the requirements of the regulations' definition of descrimination by denial of services to a qualified person with a disability.

Declarations falling under Rule 803, Fed.R.Evid. are an exception to the hearsay rule.

Respectfully Submitted,

Terry G. Watson   10/16/2018

### CERTIFICATE OF SERVICE

I hereby certify that on 10/16/2018, the original was placed in the institutional mail box and first class postage paid to the U.S. District Court, eastern District of Missouri, 111 S. Tenth Street, Suite 3.300, St.Louis, Mo 63102.

1-2

Pursuant to 28 USC § 1746, all statements contained in the foregoing are true and correct under the penalty for perjury.
Signed,

*[signature]*

Terry G. Watson   10/16/2018