# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| TERRY G. WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:16-CV-00071-HEA |
| ) | |
| KAREY L. WITTY, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS CARI COLLINS AND
## CHRIS SWEETEN'S MOTION
## TO DISMISS

Come now Defendants Cari Collins and Chris Sweeten and hereby move to dismiss Plaintiff Terry Watson's claim against them in this action for failure to state a claim. Defendants Collins and Sweeten incorporate by reference their memorandum of law in support of this motion.

WHEREFORE, Defendants Cari Collins and Chris Sweeten request that this action against them be dismissed.

Respectfully submitted,
**JOSHUA D. HAWLEY**
Attorney General

/s/ Deborah Bell Yates
_____

Deborah Bell Yates #30798
Assistant Attorney General
P.O. Box 861
St. Louis, MO  63188
(314)340-7861
(314)340-7029 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of October 2018 the foregoing was mailed to:

Terry G. Watson #1237000
Northeast Correctional Center
13698 Airport Road
Bowling Green, MO 63334


/s/ Deborah Bell Yates
Deborah Bell Yates #30798
Assistant Attorney General