# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| TERRY G. WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:16-CV-00071-HEA |
| | ) |
| KAREY L. WITTY, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS CARI COLLINS AND CHRIS SWEETEN'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Plaintiff Terry Watson was granted to leave by the Court to add Cari Collins and Jodi Sweeten as additional parties in this action. Watson's claim against these defendants should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

In order to survive a motion to dismiss, a complaint must contain specific facts that allows the court to draw a reasonable inference that a defendant is liable for actions alleged. *Ashcroft v. Iqbal,* 556 U.S. 662, 678(2009).  Mere legal conclusions are not acceptable. *Id.*

Watson filed his Amended Complaint on December 13, 2016. (Docket No. 15). ("ADA"). On July 12, 2018, this Court granted Watson leave to join Collins as a defendant. (Docket No. 199). On August 22, 2018, the Court granted Watson leave to also add Sweeten as a defendant. (Docket No. 203).

Watson makes no allegations in his Amended Complaint against either Collins or Sweeten. Liability pursuant to 42 U.S.C. § 1983 requires a "causal link to, and direct responsibility for, the deprivation of rights." *Madewell v. Roberts,* 909 F.2d 1203, 1208 (8th Cir. 1990). In the absence of any such allegations of a personal connection with the conditions or actions Watson alleges in his Amended Complaint, they cannot be held liable. *Id.* Watson's claim against Collins and Sweeten should, therefore be dismissed.

Respectfully submitted,
**JOSHUA D. HAWLEY**
Attorney General

/s/ Deborah Bell Yates
_____
Deborah Bell Yates #30798
Assistant Attorney General
P.O. Box 861
St. Louis, MO  63188
(314)340-7861
(314)340-7029 (fax)

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 29th day of October 2018 the foregoing was mailed to:

Terry G. Watson #1237000
Northeast Correctional Center
13698 Airport Road
Bowling Green, MO 63334

                                          /s/ Deborah Bell Yates
                                          Deborah Bell Yates #30798
                                          Assistant Attorney General