# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. WATSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:16-CV71 HEA |
| KAREY L. WITTY, et al., | ) ) ) | |
| Defendant. | ) ) | |

## OPINION, MEMORANDUM AND ORDER

Plaintiff submitted a notice of appeal without either paying the filing fee or submitting a motion to proceed in forma pauperis. The United States Court of Appeals for the Eighth Circuit has remanded the case for a determination of plaintiff's in forma pauperis status.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $505 appellate filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his notice of appeal.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the Court's form motion to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court

will deny in forma pauperis status.

Dated this 3rd day of September, 2019.

_____
**HENRY EDWARD AUTREY**
**UNITED STATES DISTRICT JUDGE**