# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| TERRY G. WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16CV71 HEA |
| ) | |
| KAREY L. WITTY, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Reduction of Compensatory Demand, [Doc. No. 395]. Defendants have not responded to the Motion. Plaintiff also seeks injunctive relief.

**IT IS HEREBY ORDERED** that Plaintiff's demand for compensatory damages in the amount of $1.00 is granted. Plaintiff's demand for punitive damages remains.

**IT IS FURTHER ORDERED** that Plaintiff's request for injunctive relief is denied at this time, as this motion is not the appropriate pleading to seek injunctive relief.

Dated this 8th day of December 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE