# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OFMISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| **TERRY G. WATSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO. 2:16CV71 HEA** |
| ) | |
| **KAREY L. WITTY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court on its own motion. On March 23, 2021, the Court ordered Plaintiff to show cause why Defendants Kattelman and Crouch should not be dismissed for failure to properly affect service. Plaintiff has failed to do so.

**IT IS HEREBY ORDERED** that Defendants Kattelman and Crouch are dismissed, without prejudice for failure of Plaintiff to affect service of process.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Final Disposition of the Case, [Doc. No. 430], is Denied as Moot.

**IT IS FURTHER ORDERED** that there being no longer any defendants in this case, the case is dismissed.

Dated this 7th day of April, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE