# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 04, 2021

Mr. Terry G. Watson
WESTERN MISSOURI CORRECTIONAL CENTER
1237000
609 E. Pence Road
Cameron, MO  64429-0000

    RE:  21-1963  Terry Watson v. Karey Witty, et al

Dear Mr. Watson:

    Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

    Michael E. Gans
    Clerk of Court

ALK

Enclosure(s)

cc:    Mr. Edward V. Crites
       Mr. John Thaddeus Eckenrode
       Mr. Gregory J. Linhares

    District Court/Agency Case Number(s):   2:16-cv-00071-HEA

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-1963

_____

Terry G. Watson

Plaintiff - Appellant

v.

Karey L. Witty, Corizon Corrections Health Inc. CEO; Ralf Sulke, Vice President of Operations; Geeneen Wilhite, MCC Manager of Health Services; Renee Tradaro, SCCC Manager of Health Services; Dr. Paul Jones, Doctor; Dr. Aschok Chada, MD; Matt Strumm, MDOC Division Director; Assistant Director Deloise Williams, Assistant Director of Health Services; George Lombardi, DIRECTOR OF MDOC; Michael Bowersox, Warden SCCC; Michele Buckner, Assist. Warden, SCCC; Jeff Allen; Dean Minor, Warden MCC; Lisa Pogue, Asst. Warden, MCC; Cathy Barton, Manager of Nurses; Cari D. Collins, ADA Site Coordinator; Will Jones, ADA Site Coordinator; Chris Sweeten, MDOC Director of ADA; Lori Lewis, Deputy Warden and ADA Site Director; Governor Michael L. Parson; Anne L. Precythe, MODOC Director; FNP Tamra L. Crouch; CO II D. Kattelman; Asst. Warden Chantay Godert

Defendants - Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:16-cv-00071-HEA)

------

**JUDGMENT**

Before BENTON, ERICKSON, and GRASZ, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the motion to correct caption and the motion for leave to add defendants are denied as moot, and the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

October 04, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans