# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1963

Terry G. Watson

Appellant

v.

Karey L. Witty, Corizon Corrections Health Inc. CEO, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:16-cv-00071-HEA)

---

**MANDATE**

In accordance with the judgment of 10/04/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 29, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit